216 So.2d 306

**BUSTER GARDNER DRILLING CO., Inc.**

v.

**ASSOCIATED OIL & GAS EXPLORA-TION, INC.**

No. 49555.

Dec. 10, 1968.

In re: Buster Gardner Drilling Co., Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 214 So.2d 267.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

216 So.2d 306

**Louis Z. FONTANE**

v.

**PEARCE & LeBLANC, INC.**
No. 49560.

Dec. 10, 1968.

In re: Louis Z. Fontane applying for writ of certiorari.

Writs refused. It does not appear that relator has exhausted his remedies in the district court by attacking therein the order and rule complained of. See Trahan v.

Petroleum Casualty Co., 250 La. 949, 200 So.2d 6.